UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:14-CV-000217-BR

| | |
|---|---|
| FRAN M. UNDERWOOD and DANNY C. UNDERWOOD, Co-Administrators of the Estate of Frances Carter Underwood, Deceased, <br><br>  Plaintiffs, <br><br>  v. <br><br> SSC CLAYTON OPERATING COMPANY LLC, et al., <br><br>  Defendants. | ORDER |

The undersigned hereby RECUSES himself from further participation in this case. The clerk is DIRECTED to reassign the case to another judge.

This 25 November 2014.

　　　　　　　　　　　　　　　　　　　　　　　W. Earl Britt
　　　　　　　　　　　　　　　　　　　　　　　Senior U.S. District Judge