IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 4:14-cv-00217-F

| | |
|---|---|
| FRAN M. UNDERWOOD and DANNY C. UNDERWOOD, co-Administrators of the Estate of FRANCES CARTER UNDERWOOD, Deceased, <br><br> Plaintiffs, <br><br> v. <br><br> SSC CLAYTON OPERATING COMPANY LLC d/b/a BRIAN CENTER HEALTH and RETIREMENT/CLAYTON, SSC SUBMASTER HOLDINGS LLC, SSC EQUITY HOLDINGS, LLC, NORTH CAROLINA HOLDCO LLC, SAVASENIORCARE ADMINISTRATIVE SERVICES LLC, SAVASENIORCARE LLC and SAVASENIORCARE CONSULTING LLC, <br><br> Defendants. | **O R D E R** |

This matter is before the court on the Plaintiffs' counsel response to the court's May 29, 2015 Order [DE-19] and motion to seal [DE-23] that response.

At the outset, the court notes that the motion to seal fails to comply with the Local Rules of this court, the CM/ECF Policy Manual, nor Fourth Circuit precedent. Nevertheless, given that the response details personal health information of a relative of Plaintiffs' counsel, the court finds that the privacy interest of counsel and her relative outweigh the public's interest in access to the document. Accordingly, the court finds good cause to seal the response, and the motion to seal [DE-23] is ALLOWED. The court also finds that Plaintiffs have shown good cause for their counsel's failure to comply with the court's April 24, 2015, Order [DE-15].

The Clerk of Court is DIRECTED to continue the management of this case.

SO ORDERED. This the 4 day of June, 2015.

                                              *James C. Fox*
                                              James C. Fox
                                              Senior United States District Judge