IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:14-CV-00217-F

| | |
|---|---|
| FRAN M. UNDERWOOD and ) <br> DANNY C. UNDERWOOD, ) <br> *Co-Administrators of the Estate of Frances* ) <br> *Underwood*, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SSC CLAYTON OPERATING ) <br> COMPANY, LLC, *doing business as* ) <br> BRIAN CENTER HEALTH AND ) <br> RETIREMENT/CLAYTON, et al., ) <br>     Defendants. ) | **ORDER** |

The court has been informed that the parties have reached a settlement in this matter. Accordingly, this action hereby is DISMISSED without prejudice to any party to move to reopen should settlement not be consummated on or before August 1, 2016. Unless the case is reopened, counsel are DIRECTED to file their Joint Stipulation of Dismissal With Prejudice on or before August 1, 2016.

SO ORDERED.

This the 7th day of July, 2016

                                                    /s/ James C. Fox
                                                  JAMES C. FOX
                                                  Senior United States District Judge